IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skuby, Donna L

Printed: 11/20/07

Case Number: 06 B 00263
Judge: Hollis, Pamela S
Filed: 1/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 30, 2007
Confirmed: March 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,308.00 |  |
| Secured: |  | 5,439.29 |
| Unsecured: |  | 1,319.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,126.00 |
| Trustee Fee: |  | 422.81 |
| Other Funds: |  | 0.01 |
| Totals: | 8,308.00 | 8,308.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Defenders, P.C. | Administrative | 1,126.00 | 1,126.00 |
| 2. | EMC Mortgage Corporation | Secured | 8,732.16 | 5,439.29 |
| 3. | EMC Mortgage Corporation | Secured | 18,500.00 | 0.00 |
| 4. | Figi's Inc. | Unsecured | 79.39 | 48.24 |
| 5. | Midnight Velvet | Unsecured | 317.27 | 192.74 |
| 6. | Capital One | Unsecured | 1,776.03 | 1,078.91 |
| 7. | First Consumers National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,530.85 | $ 7,885.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 142.35 |
| 5% | 147.74 |
| 4.8% | 132.72 |
|  | $ 422.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skuby, Donna L

Printed: 11/20/07

Case Number: 06 B 00263
Judge: Hollis, Pamela S
Filed: 1/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)